126 A.3d 1266

**Yeshtila Awoke AMESHE, Petitioner**

v.

**Hon. William J. FURBER, Jr., President Judge, Respondent.**

**No. 138 MM 2015.**

Supreme Court of Pennsylvania.

Oct. 29, 2015.

## ORDER

PER CURIAM.

**AND NOW,** this 29th day of October, 2015, the Application for Leave to File Original Process and the Petition for Writ of Mandamus are **GRANTED.** The Court of Common Pleas of Montgomery County is **DIRECTED** to adjudicate Petitioner's pending filing within 90 days. The Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.